Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JEAN MARIE VALE,<br><br>            Defendant. | No.  6:15-mj-039-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. Defendant, Jean Marie VALE, plead guilty to two counts in case 6:14-mj-122-MJS, in exchange for a dismissal of the above noted case.

Dated:  November 18, 2015            NATIONAL PARK SERVICE

                                                  /S/ Matthew McNease
                                                 Matthew McNease
                                                 Acting Legal Officer

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Jean Marie Vale;* 6:15-my-039-MJS, be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   November 18, 2015           /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

.